IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| **Angelo Di Veroli,**<br><br>　　　　Plaintiff,<br><br>　　　　v.<br><br>**Ocean Front Properties, LLC**<br><br>　　　　Defendant. | Case No. 1:19-cv-05817-JHR-KMW |

## NOTICE OF DISMISSAL

　　　　Plaintiff, pursuant to Federal Rule of Civil Procedure 41(A)(i) files this Notice of Dismissal against OCEAN FRONT PROPERTIES, LLC.


Date: May 16, 2019　　　　　　　　　　Respectfully submitted,

　　　　　　　　　　　　　　　　　　　　/s/ Stamatios Stamoulis
　　　　　　　　　　　　　　　　　　　　Counsel for Plaintiff

Stamatios Stamoulis #01790-1999
STAMOULIS & WEINBLATT LLC
800 N. West Street, Third Floor
Wilmington, DE 19801
(302) 999-1540
stamoulis@swdelaw.com

## CERTIFICATE OF SERVICE

　　　　Please take notice that on May 16, 2019, we electronically filed with the United States District Court for the District of New Jersey, the above Notice. A copy of this document will be electronically served upon all parties having filed an appearance in this matter.

Andrew B. Cohen, Esq.
Gerstein Grayson Cohen & Mellerz, LLP
1288 Route 73 South – Suite 301
Mount Laurel, NJ 08054

Tel: 856-795-6700
Email: acohen@gersteingrayson.com

/s/ Stamatios Stamoulis
Counsel for Plaintiff